For the errors herein above pointed out, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### BRAMBELL v. STATE.
#### No. 18461.

Court of Criminal Appeals of Texas.

May 6, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.